IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AL CAMERON TRUCKING, LLC; ALASDAIR CAMERON; SANDRA CAMERON; STEVENSON FARM, LLC; JOSEPH STEVENSON; MARLYN VOGELE,<br><br>　　　　　Defendants. | CV 22-09-BLG-SPW-TJC<br><br>**ORDER** |

On May 18, 2022, the Court issued an Order to Show Cause why the Court's orders allowing attorneys Scott W. McMickle and Chandler L. Smith to appear pro hac vice should not be withdrawn for failure to file an acknowledgement of admission. (Doc. 21.) Mr. McMickle and Mr. Smith have since filed the required acknowledgement and responded to the Court's Order to Show Cause. (Docs. 22, 23.) Accordingly, the Court will not revoke Mr. McMickle's or Mr. Smith's admissions.

　　　DATED this 20th day of May, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1