

Hertha L. Lund
Peter B. Taylor
LUND LAW, PLLC
662 S. Ferguson Avenue, Unit 2
Bozeman, Montana 59718
Telephone: 406.586.6254
Fax: 406.586.6259
Email: lund@lund-law.com
       taylor@lund-law.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AL CAMERON TRUCKING, LLC, ALASDAIR CAMERON, SANDRA CAMERON, STEVENSON FARM, LLC, JOSEPH STEVENSON, and MARYLN VOGELE,<br><br>Defendants. | CV 22-09-BLG-SPW-TJC<br><br><br>**DEFENDANT MARYLN VOGELE'S NOTICE OF INTENT FOR OUT OF TOWN COUNSEL TO APPEAR TELEPHONICALLY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, COUNSEL FOR DEFENDANT MARYLN VOGELE HEREBY GIVES NOTICE THAT: pursuant to the Court's September 26, 2022 Order Setting Preliminary Pretrial Conference and Associated Deadlines, Attorney Peter B. Taylor,

who is out of town counsel for Defendant Maryln Vogele, intends to appear at the preliminary pretrial conference on November 15, 2022 at 11:00 a.m. by telephone.

    Respectfully submitted on November 8, 2022.

                                             LUND LAW, PLLC

                                             /s/*Peter B. Taylor* _____
                                             Peter B. Taylor
                                             Lund Law PLLC
                                             662 S. Ferguson Ave., Unit 2
                                             Bozeman, MT 59718
                                             ***Attorneys for Def. Maryln Vogele***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2022, I filed the above with the Court's CMS/ECF system, which will send notice to each party.

                                                            /s/ *Peter B. Taylor*_____