IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AL CAMERON TRUCKING, LLC, ALASDAIR CAMERON, SANDRA CAMERON, STEVENSON FARM, LLC, JOSEPH STEVENSON, and MARYLN VOGELE,<br><br>Defendants. | Civil Action No.:<br>CV-22-00009-TJC |

**JOINT STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AL CAMERON TRUCKING, LLC, ALASDAIR CAMERON, SANDRA CAMERON AND MARYLN VOGELE**

COME NOW, Plaintiff National Casualty Company ("Plaintiff"), and Defendants, Al Cameron Trucking, LLC, Alasdair Cameron, Sandra Cameron and Maryln Vogele (collectively "Cameron and Vogele Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully give notice that they consent to voluntarily dismiss the Cameron and Vogele Defendants from this action. Further, the Cameron Defendants hereby dismiss their Cross-Claim against Plaintiff.

Said voluntary dismissal does not include, contemplate, or affect Plaintiff's claims against the remaining defendants Stevenson Farm, LLC, and Joseph

M1019585.1 15595

Stevenson (the "Stevenson Defendants") in this action, and Plaintiff's claims against the Stevenson Defendants shall continue.

As all Defendants to be dismissed have appeared, this voluntary dismissal of less than all Defendants is made in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 11th day of April, 2023.

*/s/ Chandler L. Smith*
CHANDLER L. SMITH
csmith@mkblawfirm.com
SCOTT W. MCMICKLE
swm@mkblawfirm.com
MCMICKLE, KUREY & BRANCH, LLP
217 Roswell St., Ste. 200
Alpharetta, GA 30009
Phone: (678) 824-7800
Fax: (678) 824-7801
**Admitted Pro Hac Vice**

*/s/ Kevin M. Funyak*
KEVIN M. FUNYAK *(signed with express permission by Chandler L. Smith)*
kfunyak@staceyfunyak.com
STACEY & FUNYAK
The Grand Building, Ste. 700
100 North 27th St.
P.O. Box 1139
Billings, MT 59103-1139
Phone: (406) 259-4545
Fax: (406) 259-4540
**Attorneys for Plaintiff**

-3-

/s/ Hertha L. Lund  
Hertha L. Lund *(signed with express permission by Chandler L. Smith)*  
lund@lund-law.com  
Peter B. Taylor  
taylor@lund-law.com  
Lund Law, PLLC  
662 S. Ferguson Avenue, Unit 2  
Bozeman, MT 59718  
Phone: (406) 586-6254  
Fax:  (406) 586-6259  
**Attorneys for Defendant Maryln Vogele**

/s/ Jacqueline R. Papez  
Jacqueline R. Papez *(signed with express permission by Chandler L. Smith)*  
jpapez@doneylaw.com  
Samuel J. King  
sking@doneylaw.com  
Doney Crowley, PC  
Guardian Building, 3rd Floor  
50 Last Chance Gulch  
P.O. Box 1185  
Helena, MT 59624-1185  
Phone:  (406) 443-2211  
**Attorneys for Defendants**  
**Al Cameron Trucking, LLC**  
**Alasdair Cameron and Sandra Cameron**

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I filed the above with the Clerk of Court using the CM/ECF system which will send notice to each party.

>	*/s/ Chandler L. Smith*
>	CHANDLER L. SMITH
>	For the Firm